1  LARIVIERE, GRUBMAN & PAYNE, LLP
   Robert W. Payne, Esq. (Cal Bar No. 073901)
2  rpayne@lgpatlaw.com
   Nicole A. Smith, Esq. (Cal Bar No. 243823)
3  nsmith@lgpatlaw.com
   Post Office Box 3140
4  19 Upper Ragsdale Drive
   Monterey, CA 93942-3140
5  Telephone: (831) 649-8800
   Facsimile: (831) 649-8835
6
7  Attorneys for Plaintiff
   PYBAS VEGETABLE SEED CO., INC

ADR

E-FILING

FILED
2008 APR 29 P 1: 38
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

PYBAS VEGETABLE SEED CO., INC., ) NO. C08 02216
a California corporation, )
                                ) CERTIFICATION OF INTERESTED    HRL
        Plaintiff,              ) PARTIES
                                )
    vs.                         )
                                )
TOZER SEEDS, LTD., a United     )
Kingdom corporation; and DOES 1-50 )
inclusive,                      )
                                )
        Defendants.             )
_____)

    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (I) have a financial interest in the subject matter of the controversy or in a party to the proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could be

///

///

CERTIFICATION OF INTERESTED                    -1-
ENTITIES AND PARTIES

1  substantially affected by the outcome of this proceeding: Tozer America, LLC, Douglas Peters and
2  Rick Gracia.

4  Dated: April 28, 2008                    LARIVIERE, GRUBMAN & PAYNE, LLP

                                            By _____
                                               Robert W. Payne
                                               Attorneys for Plaintiff

CERTIFICATION OF INTERESTED
ENTITIES AND PARTIES                        -2-