AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

PYBAS VEGETABLE SEED CO., INC. )
Plaintiff )
v. ) Civil Action No.
TOZER SEEDS, LTD., and DOES 1-50 ) C08 02216 HRL
Defendant )

*E-FILING* *ADR*

Summons in a Civil Action

To: TOZER SEEDS, LTD.
(Defendant's name)

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert W. Payne
LaRiviere, Grubman & Payne, LLP
19 Upper Ragsdale Drive, Suite 200
Monterey, CA 93942

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: APR 2 9 2008

Richard W. Wieking
Name of clerk of court

Deputy clerk's signature
Tiffany Salinas-Harwell

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on TOZER SEEDS LTD, by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to ~~an agent~~ an officer of the Company authorized by appointment or by law to receive it whose name is Mr J Piddock, Company Secretary, on June 6th 2008 before 1700 hours ; or at the Company's Registered Office at Pyports, Downside Bridge Road, Cobham, KT11 3EH, England.

(4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ ~~0.00~~ 390.00 .

Date: 07/06/08

_____
Server's signature

ROBERT HARVEY-JENNER, PROCESS SERVER
Printed name and title

ACROSS THE POND PROCESS SERVICE,
4 CHURCH LANE
GREAT GONERBY
GRANTHAM
NG31 8TU, ENGLAND
Server's address