1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  CAROLINE McINTYRE, Bar No. 159005
   cmcintyre@be-law.com
3  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
4  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
5  Facsimile:   (408) 297-6000

6  Attorneys for Defendant
   TOZER SEEDS, LTD.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| PYBAS VEGETABLE SEED CO., INC., a California corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>TOZER SEEDS, LTD., a United Kingdom corporation; and DOES 1-50 inclusive,<br><br>                    Defendants. | Case No. 5:08-cv-02216-HRL<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed: April 29, 2008 |

1  WHEREAS, the Complaint in the above-captioned action was filed on or about
2  April 29, 2008; and
3  WHEREAS the Complaint was served on defendant Tozer Seeds, Ltd. ("Tozer") on or
4  about June 6, 2008; and
5  WHEREAS, Tozer's deadline to respond to the Complaint is on or about June 26, 2008;
6  and
7  WHEREAS, the Parties agree that Tozer may have until July 25, 2008, to respond to the
8  Complaint; and
9  WHEREAS, extending the time within which Tozer shall respond to the Complaint will
10 not alter the date of any event or any deadline already fixed by order of this Court; and
11 WHEREAS, the Parties agree that by entering into this Stipulation, Tozer shall not be
12 deemed to waive or release any defense it may have, including, but not limited to, lack of personal
13 jurisdiction;
14 IT IS HEREBY STIPULATED AND AGREED by and between the parties through their
15 respective counsel, pursuant to Rule 6-1(a) of the Civil Local Rules for the Northern District of
16 California, that Tozer shall have an extension of time through and including July 25, 2008 to
17 answer, move or otherwise respond to the Complaint.
18 SO STIPULATED AND AGREED

21 Dated:  June 25, 2008                          BERGESON, LLP

23                                                By:_____/s/_____
                                                       Caroline McIntyre

25                                                Attorneys for Defendant
                                                  TOZER SEEDS, LTD.

---

1
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
5:08-cv-02216-HRL

| | |
|---|---|
| 1  Dated: June 25, 2008 | LaRIVIERE, GRUBMAN & PAYNE, LLP |

By:_____/s/_____
Robert W. Payne

Attorneys for Plaintiff
PYBAS VEGETABLE SEED CO., INC

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Robert W. Payne.