1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  CAROLINE McINTYRE, Bar No. 159005
   cmcintyre@be-law.com
3  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
4  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
5  Facsimile:   (408) 297-6000

6  Attorneys for Defendant
   TOZER SEEDS, LTD.

7

8

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                         SAN JOSE DIVISION

13

14  PYBAS VEGETABLE SEED CO., INC.,        Case No. 5:08-cv-02216-HRL
    a California corporation

15

16                          Plaintiff,     **DECLINATION TO PROCEED BEFORE
                                           A MAGISTRATE JUDGE AND
17       vs.                               REQUEST FOR REASSIGNMENT TO A
                                           UNITED STATES DISTRICT JUDGE**
18  TOZER SEEDS, LTD., a United
    Kingdom corporation; and DOES 1-50
19  inclusive,

20                          Defendants.

21

22

23

24

25

26

27

28

1    The undersigned party hereby declines to consent to the assignment of this case to a United

2  States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case

3  to a United States District Judge.

4  Dated:  July 10, 2008                    BERGESON, LLP

5

6                                           By: _____/s/_____

7                                                Caroline McIntyre

8                                           Attorneys for Defendant
                                            TOZER SEEDS, LTD.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28