```
 1  LaRIVIERE, GRUBMAN & PAYNE, LLP
    Robert W. Payne, Esq. (Cal Bar No. 073901)
 2  rpayne@lgpatlaw.com
    Nicole A. Smith, Esq. (Cal Bar No. 243823)
 3  nsmith@lgpatlaw.com
    Post Office Box 3140
 4  19 Upper Ragsdale Drive
    Monterey, CA  93942-3140
 5  Telephone: (831) 649-8800
    Facsimile: (831) 649-8835
 6
    Attorneys for Plaintiff
 7  PYBAS VEGETABLE SEED CO., INC
 8
 9
                    IN THE UNITED STATES DISTRICT COURT
10
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN JOSE DIVISION
12
13
    PYBAS VEGETABLE SEED CO., INC.,  )   Case No. 5:08-cv-02216-HRL
14  a California corporation,         )
                                      )   CONSENT TO PROCEED BEFORE A
15           Plaintiff,               )   UNITED STATES MAGISTRATE JUDGE
                                      )
16      vs.                           )
                                      )
17  TOZER SEEDS, LTD., a United       )
    Kingdom corporation; and DOES 1-50)
18  inclusive,                        )
                                      )
19           Defendants.              )
                                      )
20  _____)
```

21      In accordance with the provisions of Title 28 U.S.C. § 636(c), the undersigned party hereby

22  voluntarily consents to have a United States Magistrate Judge conduct any and all further

23  proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the

24  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

25  //

26  //

27

28  Case No. 5:08-cv-02216-HRL
    CONSENT TO PROCEED BEFORE
    A UNITED STATES MAGISTRATE JUDGE

-1-

1  Dated: July _10_, 2008                LARIVIERE, GRUBMAN & PAYNE, LLP

       By _____/s/ Robert W. Payne_____
           Robert W. Payne
           Attorneys for Plaintiff
           PYBAS VEGETABLE SEED CO., INC.

Case No. 5:08-cv-02216-HRL
CONSENT TO PROCEED BEFORE
A UNITED STATES MAGISTRATE JUDGE

-2-

**CERTIFICATE OF SERVICE**

I am over 18 years of age and not a party to the within action. My business address is 19 Upper Ragsdale Drive, Suite 200, Monterey, California, 93940. On July 10, 2008, I served the following document:

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

by placing a true copy thereof enclosed in a sealed envelope and served in the manner described below to the interested parties herein and addressed to:

Daniel J. Bergeson
Caroline McIntyre
Bergeson, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712

_X_  U.S. MAIL: I caused such envelope(s) to be deposited in the mail at my business address, with postage thereon fully prepaid, addressed to the addresses(s) designated. I am readily familiar with the business' practice of collecting and processing correspondence to be deposited with the United States Postal Service on that same day in the ordinary course of business.

____  HAND DELIVERY: I caused such envelope(s) to be delivered by hand to the addressee(s) designated.

____  BY FACSIMILE: By use of facsimile machine telephone number (***) ***-****, I served a copy of the within document on the below parties at the facsimile number listed. The transmission was reported as complete and without error.

_X_  FEDERAL: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 10, 2008 at Monterey, California.

_/s/ Tabatha Morgan_
Tabatha Morgan
Paralegal

Case No. 5:08-cv-02216-HRL
CONSENT TO PROCEED BEFORE
A UNITED STATES MAGISTRATE JUDGE