UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Pybas Vegetable Seed, Co, Inc., a California corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>Tozer Seeds, Ltd, a United Kingdom corporation,<br><br>        Defendant.<br>_____/ | No. C08-02216<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for August 19, 2008 before the Honorable Judge Howard R. Lloyd has been continued to **August 22, 2008 at 10:30 a.m..**, before the Honorable Judge Jeremy Fogel. Parties are to appear in courtroom #3, 5th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on August 15, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5166, so as to take this matter off calendar.

Dated: July 14, 2008                                      RICHARD W. WIEKING, Clerk
                                                                                    United States District Court

                                                                                    _/s/ Patty Cromwell_
                                                                                    By: Patty Cromwell, Courtroom Deputy
                                                                                    to Magistrate Judge Howard R. Lloyd

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Daniel J. Bergeson     dbergeson@be-law.com, swalker@be-law.com

Caroline McIntyre     cmcintyre@be-law.com, swalker@be-law.com

Robert W. Payne     rpayne@lgpatlaw.com, aengle@lgpatlaw.com, nsmith@lgpatlaw.com, ralexander@lgpatlaw.com, rpaynelaw@yahoo.com, tmorgan@lgpatlaw.com