**E-filed 8/8/08**

1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  CAROLINE McINTYRE, Bar No. 159005
   cmcintyre@be-law.com
3  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
4  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
5  Facsimile:   (408) 297-6000

6  Attorneys for Defendant
   TOZER SEEDS, LTD.

7

8

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN JOSE DIVISION
12

13

   PYBAS VEGETABLE SEED CO., INC.,          Case No. 5:08-cv-02216-JF
14 a California corporation

15
                           Plaintiff,       **STIPULATION AND [PROPOSED]
16                                           ORDER FOR EXTENSION OF
         vs.                                 DEADLINES**
17
   TOZER SEEDS, LTD., a United
18 Kingdom corporation; and DOES 1-50
   inclusive,
19                                          Complaint Filed:  April 29, 2008

20                         Defendants.

21

22

23

24

25

26

27

28

1    WHEREAS, the Parties previously agreed by stipulation that Tozer may have until July 25,

2    2008, to respond to the Complaint and that Tozer shall not be deemed to waive or release any

3    defense it may have, including, but not limited to, lack of personal jurisdiction; and

4    WHEREAS, the parties are currently engaged in settlement discussions and agree that the

5    extension of certain deadlines would promote efficiency and judicial economy.

6    IT IS HEREBY STIPULATED AND AGREED by and between the parties through their

7    respective counsel, subject to the court's approval, that:

8    1.  Tozer shall have an extension of time through and including August 25, 2008 to

9        answer, move or otherwise respond to the Complaint, and that Tozer shall not be

10       deemed to waive or release any defense it may have, including, but not limited to,

11       lack of personal jurisdiction;

12   2.  The last day to meet and confer regarding: initial disclosures, early settlement,

13       ADR process selection and discovery plan is extended to September 29, 2008;

14   3.  The last day to file a Rule 26(f) report, complete initial disclosures or state

15       objection in a Rule 26(f) report and file Case Management Statement is extended

16       to October 21, 2008;

17   4.  The Initial Case Management Conference date is continued to October 28, 2008, or

18       as soon thereafter as the court may be available.

19   SO STIPULATED AND AGREED

20

21   Dated:  July 18, 2008                              BERGESON, LLP

22                                                      By: _____/s/_____
                                                            Caroline McIntyre
23

24                                                      Attorneys for Defendant
                                                        TOZER SEEDS, LTD.
25

26

27

28

1
STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF DEADLINES
5:08-cv-02216-JF

Dated:  July 18, 2008                              LaRIVIERE, GRUBMAN & PAYNE, LLP

                                                   By:_____/s/_____
                                                                Robert W. Payne

                                                   Attorneys for Plaintiff
                                                   PYBAS VEGETABLE SEED CO., INC

Filer's Attestation:  Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Caroline McIntyre, attest under penalty of perjury that concurrence in the filing of the document has been obtained from Robert W. Payne.

## ORDER

Pursuant to the foregoing stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

1.  Tozer shall have an extension of time through and including August 25, 2008 to answer, move or otherwise respond to the Complaint, and that Tozer shall not be deemed to waive or release any defense it may have, including, but not limited to, lack of personal jurisdiction;

2.  The last day to meet and confer regarding: initial disclosures, early settlement, ADR process selection and discovery plan is extended to September 29, 2008;

3.  The last day to file a Rule 26(f) report, complete initial disclosures or state objection in Rule 26(f) report and file Case Management Statement is extended to October 21, 2008;

4.  The Initial Case Management Conference date is continued to October 28, 2008, or       31, 2008
    as soon thereafter as the court may be available.

Dated: July----,-2008- 8/8/08       _____
                                    The Honorable Jeremy Fogel
                                    United States District Judge