DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
CAROLINE McINTYRE, Bar No. 159005
cmcintyre@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile:  (408) 297-6000

Attorneys for Defendant
TOZER SEEDS, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PYBAS VEGETABLE SEED CO., INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TOZER SEEDS, LTD., a United Kingdom corporation; and DOES 1-50 inclusive,<br><br>Defendants. | Case No. 5:08-cv-02216-JF<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF DEADLINES**<br><br>Complaint Filed: April 29, 2008 |

1  WHEREAS, the Parties previously agreed by stipulation that Tozer may have until August 25, 2008, to respond to the Complaint and that Tozer shall not be deemed to waive or release any defense it may have, including, but not limited to, lack of personal jurisdiction; and

WHEREAS, the parties are currently engaged in settlement discussions and agree that the extension of certain deadlines would promote efficiency and judicial economy.

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their respective counsel, subject to the court's approval, that:

1. Tozer shall have an extension of time through and including November 14, 2008 to answer, move or otherwise respond to the Complaint, and that Tozer shall not be deemed to waive or release any defense it may have, including, but not limited to, lack of personal jurisdiction;

2. The last day to meet and confer regarding: initial disclosures, early settlement, ADR process selection and discovery plan is extended to December 19, 2008;

3. The last day to file a Rule 26(f) report, complete initial disclosures or state objection in a Rule 26(f) report and file Case Management Statement is extended to January 16, 2009;

4. The Initial Case Management Conference date is continued to January 30, 2009, or as soon thereafter as the court may be available.

SO STIPULATED AND AGREED

Dated: August 18, 2008                BERGESON, LLP

                                      By: _____/s/_____
                                          Caroline McIntyre

                                      Attorneys for Defendant
                                      TOZER SEEDS, LTD.

---

1
STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF DEADLINES
5:08-cv-02216-JF

Dated: August 18, 2008

LaRIVIERE, GRUBMAN & PAYNE, LLP

By: _____/s/_____
    Robert W. Payne

Attorneys for Plaintiff
PYBAS VEGETABLE SEED CO., INC

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Caroline McIntyre, attest under penalty of perjury that concurrence in the filing of the document has been obtained from Robert W. Payne.

## ORDER

Pursuant to the foregoing stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

1. Tozer shall have an extension of time through and including November 14, 2008 to answer, move or otherwise respond to the Complaint, and that Tozer shall not be deemed to waive or release any defense it may have, including, but not limited to, lack of personal jurisdiction;

2. The last day to meet and confer regarding: initial disclosures, early settlement, ADR process selection and discovery plan is extended to December 19, 2008;

3. The last day to file a Rule 26(f) report, complete initial disclosures or state objection in Rule 26(f) report and file Case Management Statement is extended to January 16, 2009;

4. The Initial Case Management Conference date is continued to January 30, 2009, or as soon thereafter as the court may be available.

Dated: August 21, 2008

_____
The Honorable Jeremy Fogel
United States District Judge

---

2
STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF DEADLINES
5:08-cv-02216-JF