**E-Filed 11/5/08**

DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
CAROLINE McINTYRE, Bar No. 159005
cmcintyre@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Defendant
TOZER SEEDS, LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| PYBAS VEGETABLE SEED CO., INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TOZER SEEDS, LTD., a United Kingdom corporation; and DOES 1-50 inclusive,<br><br>Defendants. | Case No. 5:08-cv-02216-JF<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF DEADLINES**<br><br>Complaint Filed: April 29, 2008 |

1  WHEREAS, the Parties previously agreed by stipulation that Tozer may have until November 14, 2008, to respond to the Complaint and that Tozer shall not be deemed to waive or release any defense it may have, including, but not limited to, lack of personal jurisdiction; and

WHEREAS, the parties are currently engaged in settlement discussions and agree that the extension of certain deadlines would promote efficiency and judicial economy.

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their respective counsel, subject to the court's approval, that:

1. Tozer shall have an extension of time through and including January 23, 2009 to answer, move or otherwise respond to the Complaint, and that Tozer shall not be deemed to waive or release any defense it may have, including, but not limited to, lack of personal jurisdiction;

2. The last day to meet and confer regarding: initial disclosures, early settlement, ADR process selection and discovery plan is extended to February 20, 2009;

3. The last day to file a Rule 26(f) report, complete initial disclosures or state objection in a Rule 26(f) report and file Case Management Statement is extended to March 20, 2009;

4. The Initial Case Management Conference date is continued to April 3, 2009, or as soon thereafter as the court may be available.

SO STIPULATED AND AGREED


Dated: November 3, 2008                    BERGESON, LLP

                                           By: _____/s/_____
                                                   Caroline McIntyre

                                           Attorneys for Defendant
                                           TOZER SEEDS, LTD.

1
STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF DEADLINES
5:08-cv-02216-JF

| | |
|---|---|
| Dated: November 3, 2008 | LaRIVIERE, GRUBMAN & PAYNE, LLP |
| | By: _____/s/_____ |
| | Robert W. Payne |
| | Attorneys for Plaintiff |
| | PYBAS VEGETABLE SEED CO., INC |

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Caroline McIntyre, attest under penalty of perjury that concurrence in the filing of the document has been obtained from Robert W. Payne.

**ORDER**

Pursuant to the foregoing stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

1. Tozer shall have an extension of time through and including January 23, 2009 to answer, move or otherwise respond to the Complaint, and that Tozer shall not be deemed to waive or release any defense it may have, including, but not limited to, lack of personal jurisdiction;

2. The last day to meet and confer regarding: initial disclosures, early settlement, ADR process selection and discovery plan is extended to February 20, 2009;

3. The last day to file a Rule 26(f) report, complete initial disclosures or state objection in Rule 26(f) report and file Case Management Statement is extended to March 20, 2009;

4. The Initial Case Management Conference date is continued to April 3, 2009, or as soon thereafter as the court may be available.

Dated: November 5, 2008    _____
The Honorable Jeremy Fogel
United States District Judge