Robert W. Payne (Bar No. 073901)
rpayne@lgpatlaw.com
LaRIVIERE, GRUBMAN & PAYNE LLP
Post Office Box 3140
19 Upper Ragsdale Drive, Suite 200
Monterey, CA  93942-3140
Telephone: 831-649-8800
Fax:  831-649-8835

Attorneys for Plaintiff
PYBAS VEGETABLE SEED CO., INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PYBAS VEGETABLE SEED CO., INC., a California corporation,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>TOZER SEEDS, LTD., a United Kingdom Corporation; and DOES 1-50 exclusive,<br><br>　　　　　　　　Defendants. | Case No. 5:08-cv-02216-JF<br><br>**STIPULATION OF DISMISSAL UNDER FED. R. CIV. P. 41(a)(1) AND [PROPOSED] ORDER** |

　　　　IT IS HEREBY STIPULATED by Plaintiff Pybas Vegetable Seed Co., Inc. through its attorney of record, Robert W. Payne, Esq. of LaRiviere, Grubman & Payne, LLP and Defendant Tozer Seeds, Ltd. through its attorney of record Caroline McIntyre, Esq. of Bergeson, LLP, that the above-captioned action be, and hereby is, DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure, rule 41(a)(1).

/ / /

Case No. 5:08-cv-02216-JF
STIPULATION OF DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)
AND [PROPOSED] ORDER

1

Respectfully submitted,

Date: February 17, 2009              Date: February 17, 2009

LaRIVIERE, GRUBMAN & PAYNE, LLP      BERGESON, LLP


By __/s/ Robert W. Payne_____   By __/s/ Caroline McIntyre_____
    Robert W. Payne                      Caroline McIntyre, Esq.
    19 Upper Ragsdale Drive, Suite 200   Bergeson, LLP
    P.O. Box 3140                        303 Almaden Blvd., Suite 500
    Monterey, CA 93942                   San Jose, CA 95110-2712
    Phone: 831-649-8800                  Phone: 408-291-6200
    Attorneys for                        Attorneys for
    Pybas Vegetable Seed Co., Inc.       Tozer Seeds, Ltd.

## **ORDER**

    IT IS SO ORDERED.

Dated: __2/23/09_____        _____
                                                     Hon. Jeremy Fogel
                                          United States District Court Judge